# Exhibit B

STATE OF NEW MEXICO
**OFFICE OF SUPERINTENDENT OF INSURANCE**
Mailing Address: P.O. Box 1689, Santa Fe, NM 87504-1689
Physical Address: 1120 Paseo de Peralta, Room 428, Santa Fe, NM 87501
Main Phone: (505) 827-4601; Main Fax (505) 827-4734; Toll Free: 1-855-4-ASK-OSI
www.osi.state.nm.us

**SUPERINTENDENT OF INSURANCE**
John G. Franchini – (505) 827-4299

**Service of Process**
Room 432
(505) 827-4241

**DEPUTY SUPERINTENDENT**
Robert Doucette – (505) 827-4439

October 13, 2017

Travelers Property Casualty Company of America
C/O Corporation Services Co
123 East Marcy, Suite 101
Santa Fe, NM 87501

RE:   HB CONSTRUCTION, INC. V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
          D-202-CV-2017-06415

Dear Mr. President:

In accordance with the provisions of NMSA 1978, Sections 59A-5-31 & 59A-32, enclosed is a copy of a Summons, Complaint, and Arbitration Certification on the above styled cause. Service was accepted on your behalf on 10/13/2017.

Respectfully,

John G. Franchini, Superintendent

CERTIFIED MAIL   7012 3460 0000 1401 8254