IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HB CONSTRUCTION, INC.,

    Plaintiff,

1:17-cv-01132-KBM-SMV

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.

## **NOTICE OF CHANGE OF FIRM ADDRESS**

Please take notice that effective immediately, McCoy Leavitt Laskey LLC's has a new physical and mailing address:

**317 Commercial St. NE, Suite 200**
**Albuquerque, New Mexico 87102**

All other contact information for firm members will remain the same.

Respectfully submitted,

MCCOY LEAVITT LASKEY LLC

By_____
H. Brook Laskey
Dan Hill
Attorneys for HB Construction, Inc.
317 Commercial St. NE, Suite 200
Albuquerque, New Mexico 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
dhill@MLLlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel of record to be served electronically:

**ATTORNEYS FOR DEFENDANT:**
Kenneth J. Ferguson
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX  78701
Telephone:  512.391.0197
kferguson@grsm.com

H. Brook Laskey