**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Before the Honorable Stephan M. Vidmar
United States Magistrate Judge

**Clerk's Minutes**

*HB Constr., Inc.  v. Travelers Prop. Cas. Co. of Am.*, 17-cv-1132 WJ/SMV

**November 5, 2018**

| | |
|---|---|
| **Attorney for Plaintiff:** | Daniel M. Hill |
| **Attorney for Defendant:** | Greg S. Hearing |
| **Proceedings:** | Telephonic Status Conference |
| | Liberty - Picacho Courtroom |
| *Start Time:* | 1:32 p.m. |
| *Stop Time:* | 1:36 p.m. |
| **Total Time:** | 4 minutes |
| **Clerk:** | JCM |

**Notes:**
— Counsel enter their appearances for the record.
— At the parties' request, the Court will postpone setting a settlement conference until the parties' Motions for Summary Judgment [Docs. 34, 38] are resolved or the parties contact chambers wishing to set a settlement conference.
— There being nothing further, Court is in recess.