IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HB CONSTRUCTION, INC.,

    Plaintiff,

vs.                              No. 1:17-cv-01132-WJ-SMV

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.

## JUDGMENT

THIS MATTER is before the Court upon Plaintiff's Motion for Partial Summary Judgment, filed October 3, 2018 **(Doc. 34)**, and Defendant's Motion for Summary Judgment, filed on November 2, 2018 **(Doc. 38)**.  Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Judgment (**Doc. 51**), the Court finds that Plaintiff's motion is not well taken and therefore is denied.  The Court further finds that Defendant's Motion is well taken and therefore granted, and that the claims against Defendant should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**, thus disposing of this case in its entirety.

_____
CHIEF UNITED STATES DISTRICT JUDGE